**FILED**
CLERK, U.S. DISTRICT COURT

MARCH 13 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

JS-6

**BRYAN CAVE LLP**
Julie E. Patterson   (CA Bar 167326)
Alisha Ansari   (CA Bar 312875)
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail: jepatterson@bryancave.com
         alisha.ansari@bryancave.com

Attorneys for Defendant
NPL CONSTRUCTION CO.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| JOSUE ALFARO, an individual, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>NPL CONSTRUCTION CO.; and DOES 1 thru 50, inclusive,<br><br>               Defendants. | Case No. 5:17-cv-00294-FMO (KKx)<br><br>Hon. Fernando M. Olguin<br>Courtroom 6D<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO REMAND; [PROPOSED] ORDER**<br><br>FAC Filed:   January 12, 2017<br>Removal:     February 16, 2017<br>Trial Date:  Not Assigned |

  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Josue Alfaro ("Plaintiff") and defendant NPL Construction Co. ("NPL"), through their respective counsel of record, as follows:

  1. Plaintiff brought this action against NPL in San Bernardino Superior Court (case number CIVDS1616353) on October 11, 2016 seeking damages for failure to page wages and/or overtime, failure to provide itemized wage statements, failure to pay wages timely upon termination, and unfair business practices.

  2. Plaintiff then filed a First Amended Complaint on January 12, 2017 adding a claim for penalties under the Private Attorneys General Act (PAGA).

  3. During a conference between the parties' counsel on January 17, 2017, Plaintiff's counsel indicated that, with respect to Plaintiff's first cause of action for unpaid wages and overtime, the putative class may have claims for unpaid travel time in addition to claims for off-the-clock work at NPL's central locations.

  4. Based on this information, NPL conducted its own due diligence and determined that the claims asserted in the First Amended Complaint satisfied the amount-in-controversy requirement under the Class Action Fairness Act (CAFA). NPL then removed the action to the U.S. District Court, Central District of California on February 16, 2017 on the basis of diversity of citizenship.

  5. The parties then met and conferred over Plaintiff's intent to file a motion to remand. Plaintiff's counsel maintains that the notice of removal was untimely and that the First Amended Complaint does not satisfy the amount in controversy requirement. Based on these conversations and the Court's March 7, 2017 Order (dkt 18), the parties have stipulated that the action may be remanded. In doing so, Plaintiff reserves all rights to add further claims on behalf of the putative class, and NPL reserves all rights to remove the action under CAFA based on further developments in the action.

//
//

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

1. This action shall be remanded to the Superior Court of the State of California, County of San Bernardino forthwith;

2. Each party shall bear its own attorneys' fees and costs incurred in connection with the removal and remand of this action.

IT IS SO STIPULATED.

Dated: March 10, 2017

**KINGSLEY & KINGSLEY, APC**
Eric B. Kingsley, Esq.
Liane Katzenstein Ly, Esq.

By: */s/ Liane Katzenstein Ly*
Liane Katzenstein Ly
Attorneys for Plaintiff
JOSUE ALFARO

Dated: March 10, 2017

**BRYAN CAVE LLP**
Julie E. Patterson
Alisha Ansari

By: */s/ Julie E. Patterson*
Julie E. Patterson
Attorneys for Defendant
NPL CONSTRUCTION CO.

# [~~PROPOSED~~] ORDER

The Court, having reviewed and considered the Joint Stipulation to Remand, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

    1.    This case shall be remanded to the State Court for further proceedings; and

    2.    Each party shall bear its own attorneys' fees and costs incurred in connection with the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: March 13, 2017

/s/
HONORABLE FERNANDO M. OLGUIN
U.S. DISTRICT COURT JUDGE